IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD R. MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-1043-D ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Joint Motion to Stay Pending Outcome of Related Litigation [Doc. No. 11]. The parties request an indefinite stay of this case due to the pendency of cross-motions for summary judgment in a companion case. However, the Court has now issued its summary judgment ruling in that case. *See Morgan v. Provident Life & Acc. Ins. Co.*, Case No. CIV-20-180-D, Order (W.D. Okla. Mar. 30, 2023). Under these circumstances, the Court finds the sole basis for a stay has been overcome by subsequent events and the Joint Motion should be denied without prejudice to a more specific request, if appropriate.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Stay Pending Outcome of Related Litigation [Doc. No. 11] is **DENIED** as set forth herein.

**IT IS SO ORDERED** this 31st day of March, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge